JOYCE SCAGLIOLA *v.* LESTER L. SCAGLIOLA

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Arnold M. Sweig,* for the appellee (defendant).

*Ryszard S. Mrotek,* for the appellant (plaintiff).

Argued May 7—decided May 7, 1974

KATHLEEN DAPP ET AL. *v.* THE RACEBROOK REALTY CORPORATION ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Charles G. Albom,* for the appellees (defendants).

*Irwin E. Friedman,* for the appellants (plaintiffs).

Argued May 7—decided May 7, 1974

The plaintiffs' motion for a review of the denial by the trial court to amend their request for a finding in the appeal from the Superior Court in New Haven County is dismissed as moot.

*Irwin E. Friedman,* in support of the motion.

Submitted April 15—decided May 7, 1974

STATE OF CONNECTICUT *v.* WILLIE J. PEAY

The defendant's motion for an order reducing his bail pending his appeal to this court in the appeal from the Superior Court in Hartford County is denied. There is no record before us from which we can review the action and ruling of the court below and there is no finding of facts or conclusion